CULLEN *v.* TYLER.

HILL, J. No specific error of law is complained of in the motion for a new trial, and the verdict is supported by the evidence.

*Judgment affirmed. All the Justices concur.*

AUGUST 10, 1915.

Warrant against intruder. Before Judge Hammond. Burke superior court. July 25, 1914.

*W. H. Davis* and *C. B. Garlick,* for plaintiff in error.

*W. H. Fleming, Brinson & Hatcher,* and *H. J. Fullbright,* contra.

---

KEHOE IRON WORKS *v.* ROURKE.

EVANS, P. J. The verdict was properly directed.

*Judgment affirmed. All the Justices concur.*

AUGUST 10, 1915.

Complaint for land. Before Judge Charlton. Chatham superior court. January 5, 1915.

*O'Byrne, Hartridge & Wright,* for plaintiff.

*Osborne & Lawrence* and *John Rourke Jr.,* for defendant..